# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Forshaw Industries, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00088-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Insurco, Ltd | ) | |
| Insurco Reinsurance, Ltd | | |
| David Glessner | | |
| John Rubin | | |
| Rubin Insurance Brokers, Inc. | | |
| Insurco International, Ltd. | | |
| Harley McNair | | |
| Agrichem Insurance Co., Ltd | | |
| Jonathan Marshall | | |
| A&G Insurance Co.,Ltd | | |
| Inter-Industry Insurance Company, Ltd. | | |
| Imanco, Ltd., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 4, 2014 Order.

March 4, 2014

Frank G. Johns, Clerk
United States District Court